IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Wayne H. Norman | ) | Case No. 13 cv 5387 |
| | ) | |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| | ) | |
| Great Sky Finance, LLC | ) | |

## **ORDER**

Pursuant to the parties' stipulation, the case is dismissed with prejudice.

Date:  10/10/2013                                            /s/ Matthew F. Kennelly